# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RT. 30 AUTO & TRUCK SALES, LLC** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No. 1:22-cv-01537 RDB** |
| **CITY OF CRISFIELD,** *et al.* | * | |
| **Defendants**. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

# O R D E R

UPON CONSIDERATION of the Consent Motion for Extension of Time to Answer or Respond filed by Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan, it is hereby this \_\_\_22nd\_\_\_ day of \_\_\_June_____, 2022,

ORDERED that said Consent Motion for Extension of Time to Answer or Respond be and hereby is GRANTED; and that Defendants may answer or otherwise respond to the Complaint on or before July 29, 2022.

/s/ - Richard D. Bennett
_____
U.S. District Judge

cc:     All counsel of record