# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RT. 30 AUTO & TRUCK SALES, LLC | * |
| **Plaintiff,** | * |
| v. | * Case No. 1:22-cv-01537-RDB |
| **CITY OF CRISFIELD,** *et al.* | * |
| **Defendants**. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF REMOVAL

Defendants, City of Crisfield, Dean Bozman ("Defendant Bozman"), Barry Dize ("Defendant Dize") and Joyce Morgan ("Defendant Morgan"), by their attorneys Kimberly L. Limbrick, Emily Duvall Jolicoeur and Crosswhite, Limbrick & Sinclair, LLP, pursuant to Rule 8l(c) of the Federal Rules of Civil Procedure and 28 U.S.C. *§§* 1331, 1332, 1367, 1441 and 1446, file this Amended Notice of Removal in the matter captioned above, and in support thereof state as follows:

1. Plaintiff filed a lawsuit against Defendants on or about May 12, 2022, in the Circuit Court for Somerset County, Case No. 19-CV-22-000076, claiming Defendants violated its federal and state constitutional rights, tortiously interfered with its business and were negligent in denying Plaintiff non-conforming use of property known as 127A and 129A N. Somerset Avenue, Crisfield MD 21817. Plaintiff also seeks declaratory relief and injunctive relief related to its use of the property. *See* Writ of Summons and Complaint, which were attached as Exhibit 1 to the Notice of Removal.

2. Defendants were served via Attorney, R. Mac Baldwin, who accepted service on behalf of Defendants on May 24, 2022.

3. The amount in controversy exceeds $75,000.

4. The Complaint filed in the Circuit Court for Somerset County identifies Plaintiff as a Delaware limited liability company.

5. Defendant City of Crisfield, Defendant Dize and Defendant Morgan are citizens of the State of Maryland.

6. Defendant Bozman is a citizen of the State of Virginia.

7. Pursuant to 28 U.S.C. §1331, the United States District Court for the District of Maryland has original jurisdiction over this matter because the Complaint alleges actions arising under the Constitution and laws of the United States.

8. Pursuant to 28 U.S.C. §1332(a)(1), the United States District Court for the District of Maryland has original jurisdiction over this matter by virtue of the diversity of citizenship of the parties.

9. Pursuant to 28 U.S.C. §1367, the United States District Court for the District of Maryland has supplemental jurisdiction over all claims not arising under the United States Constitution or other federal law because the non-federal claims form part of the same case or controversy under Article III of the United States Constitution.

10. Therefore, removal to this Court is appropriate under 28 U.S.C. § 1441(a).

11. Pursuant to 28 U.S.C. § 1446(b), removal of this action was timely in that the Notice of Removal was filed within thirty (30) days of service on Defendants.

12. Pursuant to 28 U.S.C. § 1446(a), a copy of the only pleading served upon Defendants, the Complaint, was attached as Exhibit 1 to Defendant's Notice of Removal.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal was provided to counsel of record for the Plaintiff and the Clerk of the Circuit Court for Somerset County, Maryland.

Respectfully submitted,

/s/
Kimberly L. Limbrick, Bar# 23367
Emily Duvall Jolicoeur, Bar #30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLP
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 fax
kll@cls-law.com
edj@cls-law.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June 2022, a copy of the foregoing AMENDED NOTICE OF REMOVAL was electronically served on:

> Ruth Ann Azeredo, Esq.
> Law Office of Ruth Ann Azeredo LLC
> 1997 Annapolis Exchange Parkway
> Suite 300
> Annapolis, Maryland 21401

/s/
Kimberly L. Limbrick