# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| RT. 30 AUTO & TRUCK SALES, LLC | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:22-cv-01537-RDB |
| CITY OF CRISFIELD, *et al.* | * | |
| **Defendants**. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' STATEMENT PURSUANT TO STANDING ORDER 2021-13

Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan ("Defendant Morgan"), by their attorneys Kimberly L. Limbrick, Emily Duvall Jolicoeur and Crosswhite, Limbrick & Sinclair, LLP, pursuant to Standing Order 2021-13 for parties removing cases to this Honorable Court, hereby file this Statement Pursuant to Standing Order 2021-13:

1. Defendants were served via the City of Crisfield's City Attorney, R. Mac Baldwin, on May 24, 2022.

2. Removal was not predicated solely on the basis of diversity jurisdiction. This Honorable Court has (1) original jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the Complaint alleges actions arising under the Constitution and laws of the United States, (2) supplemental jurisdiction pursuant to 28 U.S.C. §1367 because all claims not arising under the United States Constitution or other federal law form part of the same case or controversy, and (3) diversity of diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1). Defendants City of Crisfield, Barry Dize and Joyce Morgan are citizens of the State of Maryland.

3. Removal did not take place more than thirty (30) days after any defendant was served.

4. The action in state court was not commenced more than one year before the date of removal.

5. All defendants have formerly joined in the removal of this matter to this Honorable Court.

Respectfully submitted,

/s/
Kimberly L. Limbrick, Bar# 23367
Emily Duvall Jolicoeur, Bar #30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLP
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 fax
kll@cls-law.com
edj@cls-law.com
*Attorneys for Defendants City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2022, a copy of the foregoing STATEMENT PURSUANT TO STANDING ORDER 2021-13 was electronically served, via the Court's electronic filing and service system, on:

Ruth Ann Azeredo, Esq.
Law Office of Ruth Ann Azeredo LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401

/s/
Kimberly L. Limbrick