**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RT. 30 AUTO & TRUCK SALES, LLC | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-01537-RDB |
| CITY OF CRISFIELD, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS
OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan, by their attorneys, Kimberly L. Limbrick, Emily D. Jolicoeur and Crosswhite, Limbrick & Sinclair, LLP, pursuant to Rules 12(b)(1), 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure, hereby file this Motion to Dismiss or, Alternatively, for Summary Judgment, and, in support thereof, state as follows:

1. This matter arises out of a local zoning dispute regarding the right of Plaintiff, Rt. 30 Auto & Truck Sales, LLC, to non-conforming use of land in the City of Crisfield, Maryland. In its Complaint, Plaintiff alleges that, in refusing to permit non-conforming use of the property, Defendants violated its federal and state constitutional rights, tortiously interfered with its business, and were negligent. Plaintiff seeks monetary damages as well as declaratory and injunctive relief.

2. Plaintiff has failed to exhaust its administrative remedies in that a hearing on Plaintiff's appeal of the determination against non-conforming use has not been held before the local zoning Board of Appeals. Thus, Plaintiff's state constitutional claims, asserted at Counts V, VII, VIII and IX must be dismissed.

3. Plaintiff's federal constitutional claims are not ripe for review. Thus, Counts III, IV and VI must be dismissed.

4. Plaintiff's non-constitutional tort claims against the City of Crisfield are barred by governmental immunity. Thus, Counts VIII and IX must be dismissed against the City or summary judgment granted thereon in favor of the City.

5. Plaintiff's non-constitutional tort claims set forth in Counts VIII and IX must be dismissed or summary judgment granted in favor of all Defendants thereon because, under the law of Maryland, Defendants owed no duty that could be the basis of liability in this case.

6. Counts VIII and IX also must be dismissed or summary judgment granted thereon as to the individual defendants because Defendants Bozman, Morgan and Dize are entitled to public official immunity.

7. The constitutional claims against Defendants Bozman, Morgan and Dize are barred by qualified immunity, requiring the dismissal of Counts III, IV, V, VI and VII or summary judgment in favor of the individual defendants thereon.

8. Count IV also must be dismissed because there is no liability under the Fifth Amendment, as none of the defendants are representatives of the federal government or federal actors.

9. Based on the above, Counts I and II for declaratory relief and injunctive relief, which rely on the allegations made in Plaintiff's claims addressed above, also must be dismissed or summary judgment granted in favor of Defendants thereon.

10. The accompanying Memorandum of Facts and Law in Support of Motion for Summary Judgment, together with its exhibits, is hereby incorporated herein.

WHEREFORE, Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan, respectfully submit that all claims asserted against them must be dismissed, or, alternatively, that they are entitled to judgment as a matter of law thereon. Defendants request that the Plaintiff's Complaint be dismissed or summary judgment be entered in their favor on each and every Count in Plaintiff's Complaint. A proposed Order is attached hereto.

Respectfully submitted,

_____/s/_____
Kimberly L. Limbrick, Bar# 23367
Emily Duvall Jolicoeur, Bar #30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLP
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 fax
kll@cls-law.com
edj@cls-law.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2022, copies of Defendants' Motion to Dismiss Plaintiff's Complaint and Motion for Summary Judgment, Memorandum of Facts and Law in Support of Motion for Summary Judgment, Request for Hearing and proposed Order were electronically served on:

Ruth Ann Azeredo, Esq. #0312230001
Law Office of Ruth Ann Azeredo LLC
1997 Annapolis Exchange Parkway
Suite 300 Annapolis, Maryland 21401

_____/s/_____
Kimberly L. Limbrick