# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

RT. 30 AUTO & TRUCK SALES, LLC      \*

    **Plaintiff,**      \*

v.      \*    **Case No. 1:22-cv-01537-RDB**

**CITY OF CRISFIELD,** *et al.*      \*

    **Defendants**.      \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT OF G. DEAN BOZMAN

I, G. Dean Bozman, being duly sworn according to law, depose and say:

1. I am over eighteen years of age, am competent to be a witness, and have personal knowledge of the facts and matters stated herein.

2. In 2021, I was the City Inspector for the City of Crisfield's Office of Inspections ("City Inspector"), a position I held for five years. The position is described in the City of Crisfield Code, which requires that a City Inspector be appointed by the Mayor and confirmed by the City's Council. I was sworn in as City Inspector in January of 2015.

3. My responsibilities as City Inspector included receiving and examining applications for permits, determining compliance with and enforcing the City of Crisfield Code and ordinances, issuing permits, and conducting inspections as necessary. My position as City Inspector included the responsibilities of the Zoning Administrator set forth in the zoning provisions of the City Code.

4. My position as City Inspector involved continuing, rather than occasional, duties, and required approximately 45 hours per week.

5. The Pines Motel located at 127A Somerset Avenue, Crisfield, Maryland 21817 is within a R-2 Residential Medium Density District ("R-2 Zone").

6. The Pines Motel operated in the R-2 Zone as a nonconforming use of the property and was subject to the zoning provisions of the City Code regarding the continuation of nonconforming use.

7. Rt 30 Auto & Truck Sales, LLC sought licensing and permits to operate Pines Motel. However, water and hotel tax records pertaining to the Pines Motel, which I believed to be accurate, demonstrated a lack of use of the Pines Motel for more than twelve months. Accordingly, pursuant to the zoning provisions of the City Code, the nonconforming use of the land on which the Pines Motel is situated was discontinued.

8. In accordance with my duty to enforce the provisions of the City Code, including the zoning provisions, I executed a letter dated June 15, 2021, informing Rt 30 Auto & Truck Sales, LLC that the nonconforming use of the property was deemed discontinued and that any future use of the property must conform to the City's R-2 zoning regulations.

9. I did not participate in any way in the scheduling of the hearing of Plaintiff's appeal of the above.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are based upon my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

*G. Dean Bozman*
G. Dean Bozman
Former City Inspector for the City of Crisfield