# EXHIBIT 3

Barry Dize. Mayor
City Council
  Eric Banks, Council V P
  James Ford
  Mike Atkins
  Charlotte Scott
  Casey Goldsborough

# City of Crisfield
### City Hall
### 319 W. Main Street
### Crisfield, Maryland 21817

P.O. Box 270
410-968-1333
Fax 410-968-2167
staff@crisfieldcityhall.com

June 15, 2021

**_VIA FEDERAL EXPRESS – OVERNIGHT DELIVERY_**
Rt. 30 Auto & Truck Sales, LLC
Attn: Timothy Dyson
12441 Whitesville Road,
Laurel, DE 19956

**_VIA ELECTRONIC MAIL_** - _westauto62@yahoo.com_
Rt. 30 Auto & Truck Sales. LLC
Attn. Timothy Dyson

To Whom It May Concern:

Please accept this correspondence as notice that, pursuant to Chapter 112 ("Zoning") of the Crisfield City Code, the property identified as 127A/129A Somerset Avenue, Crisfield, Maryland 21817 (the "Property") is not permitted for use as a hotel/motel.

The Property is located within the City's R-2 Zoning District. Pursuant to Section 112-56 ("Table of permitted uses") of the City Code, property zoned R-2 is prohibited for use as a hotel/motel. For many years, the City had allowed the operations of a hotel/motel business at the Property as a "non-conforming use", subject to all rules and regulations governing nonconforming uses of property in Crisfield. Article XIV of Chapter 112 of the City Code sets forth the provisions governing nonconforming lots of record and nonconforming uses of property located within the City. Section 112-123 ("Continuation of nonconforming uses") provides:

Where, at the effective date of adoption or amendment of this chapter, lawful use of land exists that is made no longer permissible under the terms of this chapter as enacted or amended, such use may be continued, subject to the provisions of § 112-125, so long as it remains otherwise lawful, subject to the following provisions:

A.   No such nonconforming use shall be enlarged or increased or extended to occupy a greater area of land than was occupied at the effective date of adoption or amendment of this chapter.

B.   No such nonconforming use shall be moved, in whole or in part, to any other portion of the lot or parcel occupied by such use at the effective date of adoption or amendment of this chapter.

C.      If any such nonconforming use of land ceases for any reason for a period of more than 12 months, any subsequent use of such land shall conform to the regulations specified by this chapter for the zone in which such land is located.

A review of the City's records shows the hotel/motel business operated at the Property ceased for than twelve (12) months, rendering the nonconforming use of the Property discontinued under Section 112-23(C). The "Detailed Meter Reading Report" for each of the three water meters at the Property evidence the operations of the hotel/motel business at the Property ceased no later than May 22, 2020. (A copy of the aforementioned "Detailed Meter Reading Report" for the three water meters at the Property is enclosed herewith.) Furthermore, the City's records show no hotel rental tax (a 2% tax on each and every room rental) was paid by the owner(s)/operator(s) of the hotel/motel business operated at the Property for any month during the entire 2020 calendar year or for any month during the 2021 calendar year, further evidencing that the operations of the hotel/motel business ceased more than a year prior to Rt. 30 Auto & Truck Sales. LLC's purchase of the Property. (A copy of the hotel rental tax payments made for the hotel/motel operated previously at the Property is enclosed herewith.). Accordingly, pursuant to Section 112-23(C), the nonconforming use of the Property for a hotel/motel is deemed discontinued and terminated. All future use of the Property must conform to the City's regulations governing the use of property zoned R-2.

You have the right to appeal the determination regarding the termination of the nonconforming use for the Property. Pursuant to Section 112-31(A), within twenty (20) days from the date of this Notice, you must file a notice of appeal specifying the grounds thereof with the Zoning Administrator and the Board of Zoning Appeals.

On behalf of the City of Crisfield. I thank you for your attention to this matter.

Sincerely,

Dean Bozman,
City Inspector. City of Crisfield

Enclosures/

Cc (w/ enclosures) (*Via U.S. Regular Mail*):
    Robert Thornton, Esquire
    118 Market Street
    Denton, Maryland 21629

Cc (w/ enclosures) (*Via Electronic Mail* - thorntonjr0713@gmail.com)
    Robert Thornton, Esquire

Cc (w/ enclosures) (*Via Electronic Mail* – msullivan@cbmlawfirm.com)
    Michael P. Sullivan, City Solicitor

| Range of Accounts: | 551-0 to | 551-0 | Status: Both | | |
|---|---|---|---|---|---|
| Range of Dates: First to 12/31/21 | | | Service Type: All | Reading Type Includes: | |
| Range of Years: First to Last | | | Name to Print: Bill To | Standard: Y Final: Y Prorated Final: Y | |
| Range of Periods: First to Last | | | Location to Print: Property | Reset: Y Interim: Y Consumption: Y | |
| Range of Cycles: First to Last | | | Minimum Usage: -99999999999 Max Usage: 99999999999 | | |
| Range of Acct Types: First to Last | | | Range of City Ids: First to Last Estimate Flag Includes: | | |
| Range of Sections: First to Last | | | Range of Bill Group Ids: First to Last | | |
| Read: Y Do Not Read: Y | | Retired: Y | | Actual: Y Estimate: Y Customer Reads: Y | |

| Account Id | Location | | | | Units | Code | Year | Prd | Date | Type | Est Flag | Readings | Usage | Roll Flag | Ref Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type Section | Name | | | | | | | | | | | | | | |
| Cycle | Meter Num | Mult | Size | Book | Page | | | | | | | | | | |
| Bill Group | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551-0 | 127A N SOMERSET AVE | | | | 1.00 | BUS | Water/Sewer Standard Meter: 1 Meter Group: 1 Status: Read | | | | | | | | |
| RES | J,M & M CORPORATION | | | | 1.00 | BB | Meter Num: 1831220791 | | | Serial Num: | | | | | |
| W: 1 S: 1 | 1831220791 | 1 | 7 | EU | 2755 | 1.00 | MW | 2021 | 5 | 05/21/21 | S | 247875 | 0 | | 431 |
| | | | | | | | | 2021 | 4 | 04/23/21 | S | 247875 | 0 | | 427 |
| | | | | | | | | 2021 | 3 | 03/23/21 | S | 247875 | 0 | | 420 |
| | | | | | | | | 2021 | 2 | 02/22/21 | S | 247875 | 0 | | 410 |
| | | | | | | | | 2021 | 1 | 01/25/21 | S | 247875 | 0 | | 397 |
| | | | | | | | | 2020 | 12 | 12/22/20 | S | 247875 | 0 | | 390 |
| | | | | | | | | 2020 | 11 | 11/23/20 | S | 247875 | 0 | | 385 |
| | | | | | | | | 2020 | 10 | 10/23/20 | S | 247875 | 0 | | 367 |
| | | | | | | | | 2020 | 9 | 09/22/20 | S | 247875 | 0 | | 366 |
| | | | | | | | | 2020 | 8 | 08/24/20 | S | 247875 | 0 | | 362 |
| | | | | | | | | 2020 | 7 | 07/22/20 | S | 247875 | 1 | | 356 |
| | | | | | | | | 2020 | 6 | 06/22/20 | S | 247874 | 0 | | 348 |
| | | | | | | | | 2020 | 5 | 05/22/20 | S | 247874 | 11 | | 344 |
| | | | | | | | | 2020 | 4 | 04/22/20 | S | 247863 | 22 | | 343 |
| | | | | | | | | 2020 | 3 | 03/23/20 | S | 247841 | 24 | | 340 |
| | | | | | | | | 2020 | 2 | 02/20/20 | S | 247817 | 37 | | 335 |
| | | | | | | | | 2020 | 1 | 01/23/20 | S | 247780 | 420 | | 332 |
| | | | | | | | | 2019 | 12 | 12/20/19 | S | 247360 | 198 | | 325 |
| | | | | | | | | 2019 | 11 | 11/22/19 | S | 247162 | 606 | | 309 |
| | | | | | | | | 2019 | 10 | 10/23/19 | S | 246556 | 225 | | 298 |
| | | | | | | | | 2019 | 9 | 09/23/19 | S | 246331 | 537 | | 279 |
| | | | | | | | | 2019 | 8 | 08/23/19 | S | 245794 | 8388 | | 270 |
| | | | | | | | | 2019 | 7 | 07/25/19 | S | 237406 | 16176 | | 177 |
| | | | | | | | | 2019 | 6 | 06/19/19 | S | 221230 | 13822 | | 161 |
| | | | | | | | | 2019 | 5 | 05/22/19 | S | 207408 | 4078 | | 157 |
| | | | | | | | | 2019 | 4 | 04/24/19 | S | 203330 | 1295 | | 147 |
| | | | | | | | | 2019 | 3 | 03/25/19 | S | 202035 | 1045 | | 138 |
| | | | | | | | | 2019 | 2 | 02/21/19 | S | 200990 | 715 | | 133 |
| | | | | | | | | 2019 | 1 | 01/29/19 | S | 200275 | 1000 | | 129 |
| | | | | | | | | 2018 | 12 | 12/19/18 | S | 199275 | 570 | | 124 |
| | | | | | | | | 2018 | 11 | 11/29/18 | S | 198705 | 1759 | | 119 |
| | | | | | | | | 2018 | 10 | 10/24/18 | S | 196946 | 1917 | | 111 |
| | | | | | | | | 2018 | 9 | 09/25/18 | S | 195029 | 1577 | | 105 |
| | | | | | | | | 2018 | 8 | 08/23/18 | S | 193452 | 1753 | | 99 |
| | | | | | | | | 2018 | 7 | 07/23/18 | S | 191699 | 1425 | | 92 |
| | | | | | | | | 2018 | 6 | 06/26/18 | S | 190274 | 2161 | | 84 |
| | | | | | | | | 2018 | 5 | 05/22/18 | S | 188113 | 800 | | 80 |
| | | | | | | | | 2018 | 4 | 04/24/18 | S | 187313 | 450 | | 70 |
| | | | | | | | | 2018 | 3 | 03/27/18 | S | 186863 | 419 | | 63 |
| | | | | | | | | 2018 | 2 | 02/22/18 | S | 186444 | 627 | | 59 |

| Account Id<br>Type Section<br>Cycle<br>Bill Group | Location<br>Name<br>Meter Num | Mult Size Book Page | Units Code Year Prd Date | Type Est<br>Flag | Readings | Usage | Roll<br>Flag | Ref<br>Num |
|---|---|---|---|---|---|---|---|---|
| 551-0 | 127A N SOMERSET AVE | Continued | | | | | | |
| | | | 2018 1 01/25/18 | S | 185817 | 874 | | 54 |
| | | | 2017 12 12/21/17 | S | 184943 | 699 | | 50 |
| | | | 2017 11 11/21/17 | S | 184244 | 501 | | 39 |
| | | | 2017 10 10/24/17 | S | 183743 | 1134 | | 33 |
| | | | 2017 9 09/21/17 | S | 182609 | 1913 | | 25 |
| | | | 2017 8 08/29/17 | S | 180696 | 4115 | | 20 |
| | | | 2017 7 07/25/17 | S | 176581 | 3334 | | 15 |
| | | | 2017 6 06/27/17 | S | 173247 | 5077 | | 1 |
| | | | 2017 5 05/15/17 | S | 168170 | 1935 | | 0 |
| | | | 2017 4 04/15/17 | S | 166235 | 0 | | 0 |
| | | | | | | 81640 | | |

Range of Accounts:      553-0  to    553-0          Status: Both
  Range of Dates: First to 12/31/21       Service Type: All       Reading Type Includes:
  Range of Years: First to Last          Name to Print: Bill To    Standard: Y    Final: Y    Prorated Final: Y
  Range of Periods: First to Last       Location to Print: Property    Reset: Y    Interim: Y    Consumption: Y
  Range of Cycles: First to Last        Minimum Usage: -99999999999 Max Usage: 99999999999
Range of Acct Types: First to Last      Range of City Ids: First to Last  Estimate Flag Includes:
  Range of Sections: First to Last       Range of Bill Group Ids: First to Last          Actual: Y Estimate: Y Customer Reads: Y
            Read: Y   Do Not Read: Y   Retired: Y

| Account Id Location | | | | Units | Code | Year | Prd | Date | Type | Est Flag | Readings | Usage | Roll Flag | Ref Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type Section Name | | | | | | | | | | | | | | |
| Cycle Meter Num Mult Size Book Page | | | | | | | | | | | | | | |
| Bill Group | | | | | | | | | | | | | | |

  553-0   127A N SOMERSET AVE                1.00 BUS Water/Sewer Standard Meter:   1 Meter Group: 1 Status: Read
RES       J, M & M CORPORATION               1.00 BB  Meter Num: 1830993906          Serial Num:
W: 1 S: 1 1830993906        1  7   EU 2765   1.00 MW 

| | | | Units | Code | Year | Prd | Date | Type | Readings | Usage | Ref Num |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1.00 | MW | 2021 | 5 | 05/21/21 | S | 1631518 | 0 | 431 |
| | | | | | 2021 | 4 | 04/23/21 | S | 1631518 | 0 | 427 |
| | | | | | 2021 | 3 | 03/23/21 | S | 1631518 | 0 | 420 |
| | | | | | 2021 | 2 | 02/22/21 | S | 1631518 | 0 | 410 |
| | | | | | 2021 | 1 | 01/25/21 | S | 1631518 | 0 | 397 |
| | | | | | 2020 | 12 | 12/22/20 | S | 1631518 | 1 | 390 |
| | | | | | 2020 | 11 | 11/23/20 | S | 1631517 | 19 | 385 |
| | | | | | 2020 | 10 | 10/23/20 | S | 1631498 | 29 | 367 |
| | | | | | 2020 | 9 | 09/22/20 | S | 1631469 | 52 | 366 |
| | | | | | 2020 | 8 | 08/24/20 | S | 1631417 | 1 | 362 |
| | | | | | 2020 | 7 | 07/22/20 | S | 1631416 | 1 | 356 |
| | | | | | 2020 | 6 | 06/22/20 | S | 1631415 | 11 | 348 |
| | | | | | 2020 | 5 | 05/22/20 | S | 1631404 | 27 | 344 |
| | | | | | 2020 | 4 | 04/22/20 | S | 1631377 | 499 | 343 |
| | | | | | 2020 | 3 | 03/23/20 | S | 1630878 | 425 | 340 |
| | | | | | 2020 | 2 | 02/20/20 | S | 1630453 | 4959 | 335 |
| | | | | | 2020 | 1 | 01/23/20 | S | 1625494 | 894 | 332 |
| | | | | | 2019 | 12 | 12/20/19 | S | 1624600 | 1134 | 325 |
| | | | | | 2019 | 11 | 11/22/19 | S | 1623466 | 5468 | 309 |
| | | | | | 2019 | 10 | 10/23/19 | S | 1617998 | 9160 | 298 |
| | | | | | 2019 | 9 | 09/23/19 | S | 1608838 | 8612 | 279 |
| | | | | | 2019 | 8 | 08/23/19 | S | 1600226 | 7077 | 270 |
| | | | | | 2019 | 7 | 07/25/19 | S | 1593149 | 23675 | 177 |
| | | | | | 2019 | 6 | 06/19/19 | S | 1569474 | 3109 | 161 |
| | | | | | 2019 | 5 | 05/22/19 | S | 1566365 | 390 | 157 |
| | | | | | 2019 | 4 | 04/24/19 | S | 1565975 | 458 | 147 |
| | | | | | 2019 | 3 | 03/25/19 | S | 1565517 | 745 | 138 |
| | | | | | 2019 | 2 | 02/21/19 | S | 1564772 | 562 | 133 |
| | | | | | 2019 | 1 | 01/29/19 | S | 1564210 | 3809 | 129 |
| | | | | | 2018 | 12 | 12/19/18 | S | 1560401 | 3367 | 124 |
| | | | | | 2018 | 11 | 11/29/18 | S | 1557034 | 4800 | 119 |
| | | | | | 2018 | 10 | 10/24/18 | S | 1552234 | 5442 | 111 |
| | | | | | 2018 | 9 | 09/25/18 | S | 1546792 | 2411 | 105 |
| | | | | | 2018 | 8 | 08/23/18 | S | 1544381 | 5291 | 99 |
| | | | | | 2018 | 7 | 07/23/18 | S | 1539090 | 1685 | 92 |
| | | | | | 2018 | 6 | 06/26/18 | S | 1537405 | 5500 | 84 |
| | | | | | 2018 | 5 | 05/22/18 | S | 1531905 | 1608 | 80 |
| | | | | | 2018 | 4 | 04/24/18 | S | 1530297 | 6720 | 70 |
| | | | | | 2018 | 3 | 03/27/18 | S | 1523577 | 8070 | 63 |
| | | | | | 2018 | 2 | 02/22/18 | S | 1515507 | 7571 | 59 |

| Account Id Type Section | Location Name | | | Units Code | Year | Prd | Date | Type | Est Flag | Readings | Usage | Roll Flag | Ref Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cycle Meter Num | | Mult Size Book | Page | | | | | | | | | | |
| Bill Group | | | | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 553-0 | 127A N SOMERSET AVE | | | Continued | | | | | | |
| | | 2018 | 1 | 01/25/18 | S | 1507936 | 1829 | | 54 |
| | | 2017 | 12 | 12/21/17 | S | 1506107 | 296 | | 50 |
| | | 2017 | 11 | 11/21/17 | S | 1505811 | 757 | | 39 |
| | | 2017 | 10 | 10/24/17 | S | 1505054 | 1728 | | 33 |
| | | 2017 | 9 | 09/21/17 | S | 1503326 | 13165 | | 25 |
| | | 2017 | 8 | 08/29/17 | S | 1490161 | 26273 | | 20 |
| | | 2017 | 7 | 07/25/17 | S | 1463888 | 31280 | | 15 |
| | | 2017 | 6 | 06/27/17 | S | 1432608 | 9837 | | 1 |
| | | 2017 | 5 | 05/15/17 | S | 1422771 | 925 | | 0 |
| | | 2017 | 4 | 04/15/17 | S | 1421846 | 0 | | 0 |
| | | | | | | | 209672 | | |

| Range of Accounts: | 552-0 | to | 552-0 | Status: Both | | | | |

Range of Accounts:     552-0  to    552-0          Status: Both
  Range of Dates: First to 12/31/21        Service Type: All      Reading Type Includes:
  Range of Years: First to Last            Name to Print: Bill To    Standard: Y    Final: Y   Prorated Final: Y
 Range of Periods: First to Last         Location to Print: Property    Reset: Y   Interim: Y    Consumption: Y
  Range of Cycles: First to Last           Minimum Usage: -99999999999 Max Usage: 99999999999
Range of Acct Types: First to Last       Range of City Ids: First to Last  Estimate Flag Includes:
Range of Sections: First to Last      Range of Bill Group Ids: First to Last            Actual: Y Estimate: Y Customer Reads: Y
            Read: Y   Do Not Read: Y   Retired: Y

| Account Id | Location | | | Units | Code | Year | Prd | Date | Type | Est | Readings | Usage | Roll | Ref |
| Type Section | Name | | | | | | | | | Flag | | | Flag | Num |
| | Cycle Meter Num | Mult | Size Book | Page | | | | | | | | | | |
| Bill Group | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 552-0 | 127A N SOMERSET AVE | | | 1.00 | BUS | Water/Sewer Standard Meter: 1 Meter Group: 1 Status: Read | | | | | | | | |
| RES | J, M & M CORPORATION | | | 1.00 | BB | Meter Num: 1831198613 | | | | Serial Num: | | | | |
| W: 1 S: 1 | 1831198613 | 1 7 | EU | 2760 | 1.00 | MW | 2021 | 5 | 05/21/21 | S | | 205604 | 0 | | 431 |
| | | | | | | | 2021 | 4 | 04/23/21 | S | | 205604 | 0 | | 427 |
| | | | | | | | 2021 | 3 | 03/23/21 | S | | 205604 | 0 | | 420 |
| | | | | | | | 2021 | 2 | 02/22/21 | S | | 205604 | 0 | | 410 |
| | | | | | | | 2021 | 1 | 01/25/21 | S | | 205604 | 10 | | 397 |
| | | | | | | | 2020 | 12 | 12/22/20 | S | | 205594 | 8 | | 390 |
| | | | | | | | 2020 | 11 | 11/23/20 | S | | 205586 | 11 | | 385 |
| | | | | | | | 2020 | 10 | 10/23/20 | S | | 205575 | 13 | | 367 |
| | | | | | | | 2020 | 9 | 09/22/20 | S | | 205562 | 8 | | 366 |
| | | | | | | | 2020 | 8 | 08/24/20 | S | | 205554 | 5 | | 362 |
| | | | | | | | 2020 | 7 | 07/22/20 | S | | 205549 | 5 | | 356 |
| | | | | | | | 2020 | 6 | 06/22/20 | S | | 205544 | 7 | | 348 |
| | | | | | | | 2020 | 5 | 05/22/20 | S | | 205537 | 9 | | 344 |
| | | | | | | | 2020 | 4 | 04/22/20 | S | | 205528 | 46 | | 343 |
| | | | | | | | 2020 | 3 | 03/23/20 | S | | 205482 | 88 | | 340 |
| | | | | | | | 2020 | 2 | 02/20/20 | S | | 205394 | 111 | | 335 |
| | | | | | | | 2020 | 1 | 01/23/20 | S | | 205283 | 262 | | 332 |
| | | | | | | | 2019 | 12 | 12/20/19 | S | | 205021 | 289 | | 325 |
| | | | | | | | 2019 | 11 | 11/22/19 | S | | 204732 | 407 | | 309 |
| | | | | | | | 2019 | 10 | 10/23/19 | S | | 204325 | 1088 | | 298 |
| | | | | | | | 2019 | 9 | 09/23/19 | S | | 203237 | 1869 | | 279 |
| | | | | | | | 2019 | 8 | 08/23/19 | S | | 201368 | 472 | | 270 |
| | | | | | | | 2019 | 7 | 07/25/19 | S | | 200896 | 504 | | 177 |
| | | | | | | | 2019 | 6 | 06/19/19 | S | | 200392 | 256 | | 161 |
| | | | | | | | 2019 | 5 | 05/22/19 | S | | 200136 | 143 | | 157 |
| | | | | | | | 2019 | 4 | 04/24/19 | S | | 199993 | 239 | | 147 |
| | | | | | | | 2019 | 3 | 03/25/19 | S | | 199754 | 492 | | 138 |
| | | | | | | | 2019 | 2 | 02/21/19 | S | | 199262 | 117 | | 133 |
| | | | | | | | 2019 | 1 | 01/29/19 | S | | 199145 | 542 | | 129 |
| | | | | | | | 2018 | 12 | 12/19/18 | S | | 198603 | 394 | | 124 |
| | | | | | | | 2018 | 11 | 11/29/18 | S | | 198209 | 434 | | 119 |
| | | | | | | | 2018 | 10 | 10/24/18 | S | | 197775 | 512 | | 111 |
| | | | | | | | 2018 | 9 | 09/25/18 | S | | 197263 | 472 | | 105 |
| | | | | | | | 2018 | 8 | 08/23/18 | S | | 196791 | 560 | | 99 |
| | | | | | | | 2018 | 7 | 07/23/18 | S | | 196231 | 469 | | 92 |
| | | | | | | | 2018 | 6 | 06/26/18 | S | | 195762 | 394 | | 84 |
| | | | | | | | 2018 | 5 | 05/22/18 | S | | 195368 | 289 | | 80 |
| | | | | | | | 2018 | 4 | 04/24/18 | S | | 195079 | 262 | | 70 |
| | | | | | | | 2018 | 3 | 03/27/18 | S | | 194817 | 316 | | 63 |
| | | | | | | | 2018 | 2 | 02/22/18 | S | | 194501 | 177 | | 59 |

| Account Id Type Section | Location Name | | Units | Code | Year | Prd | Date | Type | Est | Readings | Usage | Roll | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cycle | Meter Num | Mult Size Book Page | | | | | | | Flag | | | Flag | Num |
| Bill Group | | | | | | | | | | | | | |

| 552-0 | 127A N SOMERSET AVE | Continued | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2018 | 1 | 01/25/18 | S | 194324 | 268 | | 54 |
| | | | 2017 | 12 | 12/21/17 | S | 194056 | 394 | | 50 |
| | | | 2017 | 11 | 11/21/17 | S | 193662 | 87 | | 39 |
| | | | 2017 | 10 | 10/24/17 | S | 193575 | 104 | | 33 |
| | | | 2017 | 9 | 09/21/17 | S | 193471 | 335 | | 25 |
| | | | 2017 | 8 | 08/29/17 | S | 193136 | 1232 | | 20 |
| | | | 2017 | 7 | 07/25/17 | S | 191904 | 1626 | | 15 |
| | | | 2017 | 6 | 06/27/17 | S | 190278 | 1122 | | 1 |
| | | | 2017 | 5 | 05/15/17 | S | 189156 | 525 | | 0 |
| | | | 2017 | 4 | 04/15/17 | S | 188631 | 0 | | 0 |
| | | | | | | | | 16973 | | |

| | | |
|---|---|---|
| Range of Accounts: 554-0 to 554-0 | Status: Both | |
| Range of Dates: First to 12/31/21 | Service Type: All | Reading Type Includes: |
| Range of Years: First to Last | Name to Print: Bill To | Standard: Y   Final: Y   Prorated Final: Y |
| Range of Periods: First to Last | Location to Print: Property | Reset: Y   Interim: Y   Consumption: Y |
| Range of Cycles: First to Last | Minimum Usage: -99999999999 Max Usage: 99999999999 | |
| Range of Acct Types: First to Last | Range of City Ids: First to Last  Estimate Flag Includes: | |
| Range of Sections: First to Last | Range of Bill Group Ids: First to Last | |
| Read: Y   Do Not Read: Y | Retired: Y | Actual: Y Estimate: Y Customer Reads: Y |

| Account Id Location | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type Section Name | Units Code | Year Prd Date | Type Est Flag | Readings | Usage | Roll Flag | Ref Num | | | |
| Cycle Meter Num    Mult Size Book  Page | | | | | | | | | | |
| Bill Group | | | | | | | | | | |

| 554-0 129A N SOMERSET AVE | 1.00 RES | Water/Sewer Standard Meter:  1 Meter Group: 1 Status: Read |
|---|---|---|
| RES      J, M & M CORPORATION | 1.00 BR | Meter Num: 1830612273   Serial Num: |

| | Units Code | Year | Prd | Date | Type | Readings | Usage | Ref |
|---|---|---|---|---|---|---|---|---|
| W: 1 S: 1 1830612273  1 7  EU 2770 | 1.00 M5 | 2017 | 5 | 05/15/17 | S | 379372 | 0 | 0 |
| | | 2017 | 4 | 04/15/17 | S | 379372 | 0 | 0 |
| | | | | | | | 0 | |

| MONTH PAID | | SOMERS COVE | PADDLE WHEEL CAPT TYLER | PINES J M & M |
|---|---|---|---|---|
| | 2018 | | | |
| JULY | | 601.95 | 181.78 | 251.1 |
| AUG | | 496.93 | 286.74 | 286.39 |
| SEPT | | 579.4 | 103 | 158.96 |
| OCT | | 469.35 | 18.2 | 171.02 |
| NOV | | 315.1 | 79 | **161.87** |
| DEC | | 155.1 | 39.6 | 138.14 |
| | 2019 | | | |
| JAN | | 324.6 | 33.5 | 53.81 |
| FEB | | 324.9 | 41.8 | 54.78 |
| MAR | | 329.3 | 42.66 | 72.24 |
| APR | | 282.76 | 45.7 | 30.13 |
| MAY | | 448.13 | 69.12 | 124.34 |
| JUNE | | 452.45 | 207.52 | 116.93 |
| JULY | | 1018.13 | 184.42 | 128.41 |
| AUG | | 1018.16 | 230.26 | |
| SEPT | | 555.98 | | |
| OCT | | 269.05 | 20.2 | |
| NOV | | 154.45 | 45.8 | |
| DEC | | 146.33 | 43.7 | |
| | 2020 | | | |
| JAN | | 204.71 | 17 | |
| FEB | | 92.89 | 11 | |
| MAR | | 62.99 | 16.2 | |
| APR | | 15.7 | 38 | |
| MAY | | 40.68 | 55.6 | |
| JUNE | | 346.25 | 105.9 | |
| JULY | | 838.39 | 112 | |
| AUG | | 657.59 | 89.3 | |
| SEPT | | 453.6 | 88.02 | |
| OCT | | 282.5 | 39.7 | |
| NOV | | 144.52 | 61.6 | |
| DEC | | 91.37 | 54.28 | |
| | 2021 | | | |
| JAN | | 145.56 | | |
| FEB | | 87.8 | 43.4 | |
| MAR | | 264.78 | | |
| APR | | 281.09 | | |
| MAY | | | | |
| JUNE | | | | |
| JULY | | | | |
| AUG | | | | |
| SEPT | | | | |