# EXHIBIT 4

# Val Swift

| | |
|---|---|
| **From:** | Robert Thornton <thorntonjr0713@gmail.com> on behalf of Robert Thornton |
| **Sent:** | Friday, July 09, 2021 11:10 AM |
| **To:** | msullivan@cbmlawfirm.com |
| **Cc:** | Val Swift; Joyce Morgan; Dean Bozman |
| **Subject:** | Re: Crisfield Board of Zoning Appeals - Notice of Meeting/Public Hearing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Sullivan - Unfortunately, I am not available on the 27th or any day that week, so I accept your offer to extend and reschedule the Hearing. I would like to have 30 days advance notice of the rescheduled Hearing date, so I can make sure all my witnesses are available on that date also.

I will be out of town beginning about 1:00 PM today until July 14th, so I will be in touch when I get back.

Thank you,
Bob Thornton

On Fri, Jul 9, 2021 at 9:51 AM <msullivan@cbmlawfirm.com> wrote:

Mr. Thornton –

Good morning. The members of the City of Crisfield Board of Zoning Appeals are available to meet on Tuesday, July 27, 2021 at 5:30 p.m. to consider, in Open Session, the Appeal filed by your client Rt 30 Auto and Truck Sales LLC on July 1, 2021, appealing the determination of the City Planning Administrator/City Inspector that the nonconforming use of your client's property, identified as 127A N. Somerset Ave. and 129A Somerset Ave, expired and has terminated, as more fully set forth in the June 15, 2021 letter from the City Planning Administrator/City Inspector, Mr. Dean Bozman, to your client.

Local law requires that Notice of a Meeting of the Board of Zoning Appeals to hear an appeal of a determination made by the City Planning Administrator/City Inspector, like the Appeal filed by your client, must be published in a newspaper of general circulation, at least fifteen days prior to the date of the Meeting. The Somerset County Times publishes once a week (every Wednesday). At your earliest convenience, please advise if you will need to extend and reschedule the July 27th Board of Zoning Appeals Meeting as provided in the attached Notice.

I am about to walk in to a Zoning Code Re-Write Commission Meeting for a different jurisdiction that begins at 10:00 and I do not expect to be done until 1:00 possibly later today. If between now and then you need to contact me, please email me or leave a message for me on the office line provided below.

1

Many thanks; talk soon,


MICHAEL P. SULLIVAN, ESQUIRE

LAW OFFICES OF

**COCKEY, BRENNAN & MALONEY, P.C.**

**ATTORNEYS & COUNSELORS AT LAW**

**313 LEMMON HILL LANE**

**SALISBURY, MD 21801**

**Telephone: (410) 546-1750**

**Fax: 410-546-1811**


CONFIDENTIALITY AGREEMENT: The information in this e-mail is intended only for the individual or entity named above. It may be legally privileged and confidential. If you have received this information in error, please notify us immediately and return the original e-mail. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

| | |
|---|---|
| **From:** | Robert Thornton <thorntonjr0713@gmail.com> |
| **Sent:** | Tuesday, October 12, 2021 4:02 PM |
| **To:** | msullivan@cbmlawfirm.com |
| **Cc:** | Ruth Azeredo; RODNEY SWEET; Timothy Dyson; Robert A. Thornton, Jr. |
| **Subject:** | Crisfield Board of Zoning Appeal hearing |

Mr. Sullivan:

Out of the dates you sent us for the Appeal Hearing, Wednesday, *November 17, 2021* is the best date for my client, me, and attorneys Sweet and Alzeredo.

As an alternative, we could try to make November 11, 2021 (Veteran's Day) work.

Please make sure that all the witnesses that are/were employed by the City of Crisfield in the City offices during the year 2020 including the Town clerk, water/sewer department employees, Planning and zoning department employees, whether full, or part-time, are available on the date of the Appeal hearing, and please provide me a list of the names and positions of these employees.

Also let me know if the Appeal Hearing will be fully recorded so that a video with sound, or a written transcript will be available after the hearing, or do we need to hire our own court reporter.

Finally, most Administrative Boards have specific rules of procedure that they follow in their hearings. Please forward me a copy of the rules of procedure
they will be using.

Thank you, and Sincerely,
Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 office phone
410-479-2571 fax
Cell: 410-829-2003 - leave message or text if I do not answer.

Subject: Zoning Appeal Hearing - The Pines/Budget Inn

Date: 11/05/2021 11:53   From: Robert Thornton <theontonjr0713@gmail.com>   To: msullivan@cbmlawfirm.com, Dean Bozman <dbozman@crisfieldcityhall.com>

Gentlemen: Are we still scheduled for the above-referenced Appeal Hearing on November 17th?

Please send me a copy of the Notice in the Newspaper and a copy of any internal hearing procedures you have for the Appeals Board

Thank you,

Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com

Gentlemen: Are we still scheduled for the above-referenced Appeal Hearing on November 17th?

Please send me a copy of the Notice in the Newspaper and a copy of any internal hearing procedures you have for the Appeals Board

Thank you,

Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com

**baldwin@cbmlawfirm.com**

| | |
|---|---|
| **From:** | Robert Thornton <thorntonjr0713@gmail.com> |
| **Sent:** | Tuesday, October 12, 2021 4:02 PM |
| **To:** | msullivan@cbmlawfirm.com |
| **Cc:** | Ruth Azeredo; RODNEY SWEET; Timothy Dyson; Robert A. Thornton, Jr. |
| **Subject:** | Crisfield Board of Zoning Appeal hearing |

Mr. Sullivan:

Out of the dates you sent us for the Appeal Hearing, Wednesday, ***November 17***, ***2021*** is the <u>best</u> <u>date</u> for my client, me, and attorneys Sweet and Alzeredo.

As an alternative, we could try to make November 11, 2021 (Veteran's Day) work.

Please make sure that all the witnesses that are/were employed by the City of Crisfield in the City offices during the year 2020 including the Town clerk, water/sewer department employees, Planning and zoning department employees, whether full, or part-time, are available on the date of the Appeal hearing, and please provide me a list of the names and positions of these employees.

Also let me know if the Appeal Hearing will be fully recorded so that a video with sound, or a written transcript will be available after the hearing, or do we need to hire our own court reporter.

Finally, most Administrative Boards have specific rules of procedure that they follow in their hearings. Please forward me a copy of the rules of procedure
they will be using.

Thank you, and Sincerely,
Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 office phone
410-479-2571 fax
Cell: 410-829-2003 - leave message or text if I do not answer.

See options  Anyone have a choice? October 28th and November 4th, November 16th, and November 18th are out for me  Let me know.

Bob Thornton

---------- Forwarded message ----------
From: <msullivan@cbmlawfirm.com>
Date: Tue, Oct 5, 2021 at 3:59 PM
Subject: RE: Rt 30 (Dyson) Zoning Appeal Hearing
To: Robert Thornton <thornton0713@gmail.com>
Cc: Dean Bozman <dbozman@crisfieldcity.hall.com>

Mr. Thornton –

Good afternoon  As you are aware from the originally scheduled Hearing. Notice of the BZA Hearing must be published in a paper of general circulation at least 15 days in advance of the Hearing date. The only paper of general circulation in Crisfield is the Somerset County Times, which is published on a weekly basis – every Wednesday.  To make sure Public Notices are received by the paper in time for publishing, the Public Notice must be emailed to the paper by Friday morning (at the very latest, Thursday is the preferred deadline for the paper)  Accordingly, the next edition of the County Times to run the notice is October 13th.

Due to regularly scheduled local government meetings on Mondays and every other Wednesday, please let me know which of the following dates you and your client are available to schedule the BZA Hearing for the subject property:

1. Thursday, October 28th
2. Tuesday, November 2nd
3. Wednesday, November 3rd
4. Thursday, November 4th
5. Tuesday, November 9th
6. Thursday, November 11th
7. Tuesday, November 16th

summary

See options. Anyone have a choice? October 28th and November 4th, November 16th, and November 18th are out for me. Let me know.

Bob Thornton

---------- Forwarded message ---------
From: <msullivan@cbmlawfirm.com>
Date: Tue, Oct 5, 2021 at 3:59 PM
Subject: RE: Rt 30 (Dyson) Zoning Appeal Hearing
To: Robert Thornton <thorntonjr0713@gmail.com>
Cc: Dean Bozman <dbozman@crisfieldcityhall.com>


Mr. Thornton –


Good afternoon. As you are aware from the originally scheduled Hearing, Notice of the BZA Hearing must be published in a paper of general circulation at least 15 days in advance of the Hearing date. The only paper of general circulation in Crisfield is the Somerset County Times, which is published on a weekly basis – every Wednesday. To make sure Public Notices are received by the paper in time for publishing, the Public Notice must be emailed to the paper by Friday morning (at the very latest; Thursday is the preferred deadline for the paper). Accordingly, the next edition of the County Times to run the notice is October 13th.


Due to regularly scheduled local government meetings on Mondays and every other Wednesday, please let me know which of the following dates you and your client are available to schedule the BZA Hearing for the subject property:


1. Thursday, October 28th
2. Tuesday, November 2nd
3. Wednesday, November 3rd
4. Thursday, November 4th
5. Tuesday, November 9th
6. Thursday, November 11th
7. Tuesday, November 16th
8. Wednesday, November 17th
9. Thursday, November 18th

Please advise of each of the above-listed dates that you and your client are available for scheduling the BZA Hearing (the more dates you identify as being available, the more likely I will find a date that works for all BZA members). Based on BZA member schedules, the Hearing would likely be scheduled to start at 5:00 (possibly 4:30). If you need to schedule the Hearing for a start-time earlier than 4:30, please let me know what time(s) (and dates, if the start-time is specific to any of the above-listed dates you and your client are available) are needed to fit your and your client's respective schedules, so I can work with City Hall to make such scheduling arrangements for the BZA Hearing.

If you have questions regarding the above information, please call or email me. Looking forward to getting this Hearing scheduled for you and your client.

Many thanks; talk soon,

MICHAEL P. SULLIVAN, ESQUIRE

LAW OFFICES OF

**COCKEY, BRENNAN & MALONEY, P.C.**

**ATTORNEYS & COUNSELORS AT LAW**

**313 LEMMON HILL LANE**

**SALISBURY, MD 21801**

**Telephone:  (410) 546-1750**

**Fax:  410-546-1811**

CONFIDENTIALITY AGREEMENT:  The information in this e-mail is intended only for the individual or entity named above.  It may be legally privileged and confidential.  If you have received this information in error, please notify us immediately and return the original e-mail.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

**From:** Robert Thornton <thorntonjr0713@gmail.com>
**Sent:** Thursday, September 30, 2021 5:04 PM
**To:** msullivan@cbmlawfirm.com
**Cc:** Dean Bozman <dbozman@crisfieldcityhall.com>
**Subject:** Fwd: Rt 30 (Dyson) Zoning Appeal Hearing

Mr. Sullivan - I know you are busy, however this Zoning Appeal for the Crisfield Budget Inn is very important to my client and me as instead of just letting the Motel sit in among the City's Residents' property and deteriorate, we want to get it fully restored and operated in a proper manner to be a thriving business in the future of Crisfield and it's many tourist attractions. This property continues to be assessed as a thriving, operating, business entity and I haven't heard of either the state, county, or city reducing the real and personal property taxes.

As you know, this is an administrative, procedural requirement so we can take this matter to the next level, if necessary.

Thank you for your attention to this matter.

Robert (Bob) A. Thornton, Jr., Esquire

118 Market Street

Denton, Maryland 21629

410-479-2570 phone

410-479-2571 fax

thorntonjr0713@gmail.com

Cell for texts or messages: 410-829-2003

---------- Forwarded message ---------
From: **Robert Thornton** <thorntonjr0713@gmail.com>
Date: Fri, Sep 24, 2021 at 1:54 PM
Subject: Rt 30 (Dyson) Zoning Appeal Hearing
To: <msullivan@cbmlawfirm.com>

Mr. Sullivan - Maybe I missed it, but I don't believe I've heard the date for the rescheduled Zoning Appeal hearing which needs to be sometime when all Crisfield's employees in Planning, Zoning, and Public Works (anyone that was there during this time period, even if no longer employed) are available. (For example-I talked to one female when I called originally about the water and sewer and I don't have her name). Also, the town clerk that I talked to. Although I requested it, the City zoning official never bothered to call me or arrange a meeting, apparently because he wanted to talk to you and have you talk to me.

I think my client and I can be available anytime, just let me know the date and send me a copy of the announcement that is being published 15 days in advance.

Thank you,

Bob Thornton

118 Market Street

Denton, Maryland 21629

410-479-2570 phone

410-479-2571 fax

thorntonjr0713@gmail.com

**Subject:** Fwd: Rt 30 (Dyson) Zoning Appeal Hearing

**Date:** 09/30/2021 17:04  **From:** Robert Thornton <thorntonjr0713@gmail.com>  **To:** msullivan@cbmlawfirm.com

Mr. Sullivan - I know you are busy, however this Zoning Appeal for the Crisfield Budget Inn is very important to my client and me as instead of just letting the Motel sit in among the City's Residents' property and deteriorate, we want to get it fully restored and operated in a proper manner to be a thriving business in the future of Crisfield and it's many tourist attractions. This property continues to be assessed as a thriving, operating, business entity and I haven't heard of either the state, county, or city reducing the real and personal property taxes.

As you know, this is an administrative, procedural requirement so we can take this matter to the next level, if necessary.

Thank you for your attention to this matter.

Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com
Cell for texts or messages 410-829-2003

---------- Forwarded message ----------
From: Robert Thornton <thorntonjr0713@gmail.com>
Date: Fri, Sep 24, 2021 at 1:54 PM
Subject: Rt 30 (Dyson) Zoning Appeal Hearing
To: <msullivan@cbmlawfirm.com>

Mr. Sullivan - Maybe I missed it, but I don't believe I've heard the date for the rescheduled Zoning Appeal hearing which needs to be sometime when all Crisfield's employees in Planning, Zoning, and Public Works (anyone that was there during this time period, even if no longer employed) are available. (For example-I talked to one female when I called originally about the water and sewer and I don't have her name). Also, the town clerk that I talked to. Although I requested it, the City zoning official never bothered to call me or arrange a meeting, apparently because he wanted to talk to you and have you talk to me.

I think my client and I can be available anytime, just let me know the date and send me a copy of the announcement that is being published 15 days in advance.

Thank you,
Bob Thornton
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com

Mr. Sullivan - I know you are busy, however this Zoning Appeal for the Crisfield Budget Inn is very important to my client and me as instead of just letting the Motel sit in among the City's Residents' property and deteriorate, we want to get it fully restored and operated in a proper manner to be a thriving business in the future of Crisfield and it's many tourist attractions. This property continues to be assessed as a thriving, operating, business entity and I haven't heard of either the state, county, or city reducing the real and personal property taxes.

As you know, this is an administrative, procedural requirement so we can take this matter to the next level, if necessary.

Thank you for your attention to this matter.

Robert (Bob) A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com
Cell for texts or messages: 410-829-2003

---------- Forwarded message ---------
From: **Robert Thornton** <thorntonjr0713@gmail.com>
Date: Fri, Sep 24, 2021 at 1:54 PM
Subject: Rt 30 (Dyson) Zoning Appeal Hearing
To: <msullivan@cbmlawfirm.com>


Mr. Sullivan - Maybe I missed it, but I don't believe I've heard the date for the rescheduled Zoning Appeal hearing which needs to be sometime when all Crisfield's employees in Planning, Zoning, and Public Works (anyone that was there during this time period, even if no longer employed) are available. (For example-I talked to one female when I called originally about the water and sewer and I don't have her name). Also, the town clerk that I talked to. Although I requested it, the City zoning official never bothered to call me or arrange a meeting, apparently because he wanted to talk to you and have you talk to me.

I think my client and I can be available anytime, just let me know the date and send me a copy of the announcement that is being published 15 days in advance.

Thank you,
Bob Thornton
118 Market Street
Denton, Maryland 21629
410-479-2570 phone
410-479-2571 fax
thorntonjr0713@gmail.com

Subject: Re: Crisfield Board of Zoning Appeals - Notice of Meeting/Public Hearing
Date: 07/09/2021 11:10  From: Robert Thornton <thorntonjr0113@gmail.com>  To: msullivan@cbmlawfirm.com

Mr. Sullivan - Unfortunately, I am not available on the 27th or any day that week, so I accept your offer to extend and reschedule the Hearing. I would like to have 30 days advance notice of the rescheduled Hearing date, so I can make sure all my witnesses are available on that date also.

I will be out of town beginning about 1:00 PM today until July 14th, so I will be in touch when I get back.

Thank you,
Bob Thornton

On Fri, Jul 9, 2021 at 9:51 AM <msullivan@cbmlawfirm.com> wrote:

  Mr. Thornton -

  Good morning. The members of the City of Crisfield Board of Zoning Appeals are available to meet on Tuesday, July 27, 2021 at 5:30 p.m. to consider, in Open Session, the Appeal filed by your client Rt 30 Auto and Truck Sales LLC on July 1, 2021, appealing the determination of the City Planning Administrator City Inspector that the nonconforming use of your client's property, identified as 127A N. Somerset Ave. and 129A Somerset Ave. expired and has terminated, as more fully set forth in the June 15, 2021 letter from the City Planning Administrator City Inspector, Mr. Dean Bozman, to your client.

  Local law requires that Notice of a Meeting of the Board of Zoning Appeals to hear an appeal of a determination made by the City Planning Administrator City Inspector, like the Appeal filed by your client, must be published in a newspaper of general circulation, at least fifteen days prior to the date of the Meeting. The Somerset County Times publishes once a week (every Wednesday). At your earliest convenience, please advise if you will need to extend and reschedule the July 27th Board of Zoning Appeals Meeting as provided in the attached Notice.

  I am about to walk in to a Zoning Code Re-Write Commission Meeting for a different jurisdiction that begins at 10:00 and I do not expect to be done until 1:00 possibly later today. If between now and then you need to contact me, please email me or leave a message for me on the office line provided below.

  Many thanks, talk soon.

  MICHAEL P. SULLIVAN, ESQUIRE

Mr. Sullivan - Unfortunately, I am not available on the 27th or any day that week, so I accept your offer to extend and reschedule the Hearing. I would like to have 30 days advance notice of the rescheduled Hearing date, so I can make sure all my witnesses are available on that date also.

I will be out of town beginning about 1:00 PM today until July 14th, so I will be in touch when I get back.

Thank you,
Bob Thornton

On Fri, Jul 9, 2021 at 9:51 AM <msullivan@cbmlawfirm.com> wrote:

Mr. Thornton –

Good morning. The members of the City of Crisfield Board of Zoning Appeals are available to meet on Tuesday, July 27, 2021 at 5:30 p.m. to consider, in Open Session, the Appeal filed by your client Rt 30 Auto and Truck Sales LLC on July 1, 2021, appealing the determination of the City Planning Administrator/City Inspector that the nonconforming use of your client's property, identified as 127A N. Somerset Ave. and 129A Somerset Ave, expired and has terminated, as more fully set forth in the June 15, 2021 letter from the City Planning Administrator/City Inspector, Mr. Dean Bozman, to your client.

Local law requires that Notice of a Meeting of the Board of Zoning Appeals to hear an appeal of a determination made by the City Planning Administrator/City Inspector, like the Appeal filed by your client, must be published in a newspaper of general circulation, at least fifteen days prior to the date of the Meeting. The Somerset County Times publishes once a week (every Wednesday). At your earliest convenience, please advise if you will need to extend and reschedule the July 27th Board of Zoning Appeals Meeting as provided in the attached Notice.

I am about to walk in to a Zoning Code Re-Write Commission Meeting for a different jurisdiction that begins at 10:00 and I do not expect to be done until 1:00 possibly later today. If between now and then you need to contact me, please email me or leave a message for me on the office line provided below.

Many thanks; talk soon,

MICHAEL P. SULLIVAN, ESQUIRE

LAW OFFICES OF

**COCKEY, BRENNAN & MALONEY, P.C.**

**ATTORNEYS & COUNSELORS AT LAW**

**313 LEMMON HILL LANE**

**SALISBURY, MD 21801**

**Telephone: (410) 546-1750**

**Fax: 410-546-1811**

CONFIDENTIALITY AGREEMENT: The information in this e-mail is intended only for the individual or entity named above. It may be legally privileged and confidential. If you have received this information in error, please notify us immediately and return the original e-mail. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

<u>**NOTICE OF MEETING/PUBLIC HEARING**</u>

**CITY OF CRISFIELD**
**BOARD OF ZONING APPEALS**
**STRATTON-CORBIN LIBRARY – MEETING ROOM**
**4 EAST MAIN STREET, CRISFIELD, MD 21817**
**Tuesday, July 27, 2021 at 5:30 p.m.**

Public notice is hereby given that a Meeting of the City of Crisfield Board of Zoning Appeals will be held on Tuesday, July 27, 2021 at 5:30 p.m., in the Meeting Room of the Stratton-Corbin Library, located at 4 E. Main Street, Crisfield, Maryland 21817.

The purpose of this Meeting of the City of Crisfield Board of Zoning Appeals is to hear an Appeal, submitted by RT 30 Auto & Truck Sales LLC (the "**Applicant**"), the owner of that certain real property identified as **(i)** Map 072B, Parcel 1316 (Maryland Tax Account Identifier 07-121660), having a premises address of 127A N. Somerset Avenue, and **(ii)** Map 072B, Parcel 1260 (Maryland Tax Account Identifier 07-134517), having a premises address of 129A Somerset Avenue, Crisfield, MD 21817 (collectively the "**Property**"). Pursuant to § 112-131(A) of the Crisfield City Code, the Applicant has submitted an Appeal for consideration by the City of Crisfield Board of Zoning Appeals appealing the determination of the City of Crisfield Zoning Administrator (the "**City Inspector**") that:

- The Property is located within the City of Crisfield's R-2 Zoning District;
- Pursuant to § 112-56 of the Crisfield City Code, property located within the City of Crisfield's R-2 Zoning District is not permitted for use as a hotel/motel;
- The nonconforming use of the Property, which had previously allowed the Property to be used for the operations of a hotel/motel (formerly d/b/a the "Crisfield Budget Inn" and the "Pines Motel") despite the Property being zoned R-2, was discontinued and abandoned for at least twelve (12) consecutive months; and,
- Because of the discontinuance and abandonment of the Property's nonconforming use as a hotel/motel, the nonconforming use of the Property expired and has terminated, and future use of the Property must comply with the permitted uses of property located within the City of Crisfield's R-2 Zoning District in accordance with § 112-56 of the Crisfield City Code.

The Applicant's Appeal requests the City of Crisfield Board of Zoning Appeals overturn the aforesaid determination of the City Inspector and find the Property's nonconforming use was not discontinued and abandoned, allowing the Applicant to resume the prior use of the Property as a hotel/motel.

The Public is invited to attend this Meeting of the Crisfield Board of Zoning Appeals. Any persons for or against the variances requested by the Applicant are invited to testify at the Meeting. Written comments regarding the Appeal filed by the Applicant may be submitted to Crisfield City Hall, c/o Valerie Swift, prior to the July 27, 2021 Meeting of the City of Crisfield Board of Zoning Appeals; additionally, any questions about the Meeting of the City of Crisfield Board of Zoning Appeals to hear the Applicant's Appeal, as set forth above, may be directed to Valerie Swift at (410) 968-1333. A copy of the Applicant's Appeal to be heard and considered by the City of Crisfield Board of Zoning Appeals at the Meeting referenced herein, is available for public inspection at the offices of Crisfield City Hall during normal business hours (9:00 a.m. – 4:30 p.m.).

At all times the Meeting referenced herein, the City of Crisfield Board of Zoning Appeals reserves the right to convene in Closed Session as authorized by the provisions of <u>MD Code, General Provisions, § 3-305</u>.

By Authority,

/s/

Dean Bozman,
Zoning Administrator / City Inspector,
City of Crisfield

(2x)/