# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RT. 30 AUTO & TRUCK SALES, LLC      *

      **Plaintiff,**      *

v.      *    Case No. 1:22-cv-01537-RDB

v.

**CITY OF CRISFIELD,** *et al.*      *

      **Defendants.**      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT OF JOYCE MORGAN

I, Joyce Morgan, being duly sworn according to law, depose and say:

1. I am over eighteen years of age, am competent to be a witness, and have personal knowledge of the facts and matters stated herein.

2. I am the City Treasurer for the City of Crisfield, Maryland. The City Treasurer is appointed by the Mayor with the approval of the Council. I was sworn in as City Treasurer on July 28, 1987.

3. The powers and duties of the City Treasurer are set forth in the City of Crisfield Charter, Article IV, § C6-2 and fiscal and financial matters of the City.

4. My position as City Treasurer involved continuing, rather than occasional, duties, and required approximately 45 hours per week.

5. My responsibilities include, but are not limited to, determining that all taxable property within the City is assessed for taxation and collecting taxes, special assessments, license fees, liens and all other revenues, including utility revenues. In

addition, I maintain City revenue and taxation records for properties within the City, including properties that operate as hotels or motels, in the ordinary course of business.

4. My responsibilities do not include, and I am not involved in the determination of, compliance with or enforcement of the zoning provisions of the City Code. I am also not involved in the scheduling of hearings on zoning appeals to the Board of Appeals.

5. I did not in any way participate in the scheduling of the hearing of Rt. 30 Auto & Truck Sales, LLC's appeal of the termination of nonconforming use of the land on which the Pines Motel is situated.

6. As City Treasurer, I maintain a ledger of tax records, including a ledger pertaining to taxes paid by the Pines Motel, which was attached to Dean Bozman's letter of June 15, 2021 to Rt 30 Auto & Truck Sales, LLC.

7. The ledger of hotel tax records for the Pines Motel (years 2018, 2019, 2020), which was attached to Dean Bozman's letter of June 15, 2021 to Rt 30 Auto & Truck Sales, LLC, is a revenue and taxation record for hotels/motels in the City and is kept in the ordinary course of business by the Treasurer.

8. The revenue and taxation records for the Pines Motel indicated that the Pines Motel did not pay hotel rental tax for the months of November and December 2019 and for the twelve months of 2020 (January-December).

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are based upon my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

_____
Joyce Morgan
City Treasurer
City of Crisfield