# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RT. 30 AUTO & TRUCK SALES, LLC     *

       **Plaintiff,**     *

v.     *    Case No. 1:22-cv-01537-RDB

v.

CITY OF CRISFIELD, *et al.*     *

       **Defendants.**     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF BARRY DIZE

I, Barry Dize, being duly sworn according to law, depose and say:

1. I am over eighteen years of age, am competent to be a witness, and have personal knowledge of the facts and matters stated herein.

2. In 2021, I was the Mayor of the City of Crisfield, Maryland. The Mayor is an elected position. I was confirmed Mayor on June 27, 2018.

3. The powers and duties of the Mayor are set forth in the City of Crisfield Code Charter, Article III, § C3-4.

4. My position as Mayor involved continuing, rather than occasional, duties, and required approximately 20 hours per week.

5. My responsibilities and duties as Mayor do not include the determination of compliance with or enforcement of the zoning provisions of the City Code. The Mayor is not involved in the scheduling of hearings on zoning appeals.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are based upon my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

*Barry Dize*
Barry Dize