# EXHIBIT 8

## BEFORE THE BOARD OF ZONING APPEALS AND ZONING INSPECTOR FOR THE CITY OF CRISFIELD, MD

RT 30 AUTO AND TRUCK SALES, LLC
c/o Robert A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
     OWNER/APPELLANT

    vs         APPEAL NO:

DEAN BOZMAN
City Inspector
City Hall
319 W. Main Street
Crisfield, Maryland 21817
     RESPONDENT/APPELLEE

*NOTICE OF APPEAL and RECONSIDERATION* per June 15, 2021 "...correspondence as notice...", for "...property identified as 127A/129A Somerset Avenue, Crisfield, Maryland 21817..." ("the Property") stating that the Property is not permitted for use as a hotel/motel.

APPLICANT: Rt. 30 Auto & Truck Sales, LLC
      Attn: Timothy Dyson
      12441 Whitesville Road
      Laurel, DE 19956

Assessment Information:

Property: District 07-121660
Legal Description: 2.149 AC, W/S N Somerset Ave., Crisfield Plat 15/21 &3/2
Use: Commercial
Map 072B, Grid 0015, Parcel 1316

Property: District 07-134517
Legal Description: 026 AC-PLAT 338/379, N/SD Pines Motel R/W, Crisfield
Use: Residential
Map 072B, Grid 0015, Parcel 1260

## ISSUES CREATED BY "NOTICE"

Per '...*correspondence as notice*...' dated June 15, 2021, Owner/Appellant received, signed by Dean Bozman, City Inspector, City of Crisfield, an apparent denial of Owner's 'intent' to continue to operate the Property as a motel/hotel, without having any meeting or hearing with the Owner/Appellant and/or counsel, or allowing Owner/Appellant to furnish information, denying Owner/Appellant the opportunity to "build a record" and Constitutional Due Process of any kind.

Two reasons are cited in/for this 'notice':

1. A <u>self-initiated</u> review by the City Inspector of the Meter Readings for the Property, *until May 21, 2020*, which is contradicted by the City's billing records with graphs of water usage subsequent to May 21, 2020, through January 2021;

2. An unusual, self-initiated review of City hotel rental tax despite a legal "Declaration of Emergency" by the Governor of the State of Maryland, during said emergency when it would have been illegal to operate as a motel/hotel for at least a year;

Despite the aforesaid bases of this 'decision?', Owner/Appellant, and counsel are prepared to offer documentary and testimonial evidence, directly contradictory to these two justifications for the Inspector's arbitrary 'decision' that "operations" ceased at the property on May 22, 2020.

## ADDITIONAL ISSUES

a. There was no cessation of operations as motel as it was not shut down, the motel was not abandoned, utilities were maintained and paid for and the motel was, at all times, poised for business;

b. The definitions of "operations" and "ceased" as used by the Inspector, are vague, arbitrary, and ambiguous providing no notice as to what is meant by these terms or how any owner could possibly be notified of the requirements and the manner of compliance;

c. The 'decision' without giving the Owner/Appellant the requisite notice, a factual and meaningful hearing, is a violation of procedural and substantive due process, guaranteed everyone by the Constitution of the State of Maryland and the United States of America, resulting in an unconstitutional taking of property rights;

d. The Ordinance and the way the Inspector applied it, was and is in contravention with **Maryland Local Government Article, Section 5-203** which grants Municipalities the authority express powers, *"(b) Except, as provided in Article XI-E of the Maryland Constitution, an ordinance adopted by the legislative body of a municipality may not conflict with State Law."*, and Governor Hogan's Emergency Orders from 3/5/2020 to 3/1/2021.

e. Meetings and inspection by Owner/Appellant and an Assistant City Inspector prior to May 20, 2021, where continued operations of the Property as a Hotel/Motel were discussed and apparently approved.

f. Response to Appellant/Owner and legal counsel by Respondent that "Everything is on hold and in the hands of the City Attorney." and;

g. Such other and further information and documentation acquired through discovery processes prior to an Appeal Hearing before the Board.

WHEREFORE, prior to the scheduling of any Appeal Hearing Owner/Appellant requests that it be provided:

A. Copy of all ordinances relating to the Board of Zoning Appeals, and nonconforming use in City Zoning;

B. Number and addresses of nonconforming uses in the City of Crisfield, at the present time;

C. Copy of all administrative rules and regulations for the Board of Zoning Appeals hearings;

D. The Chair and Board Members of the Board of Zoning Appeals with each Members' background, time in service on the Board, and prior positions or employment with the City of Crisfield;

E. A copy of all prior decisions of the Board of Zoning Appeals and the City Inspector, relating in any way to the issue of a "nonconforming use" and

F. Such other similar information related to the Zoning Inspector and Board of Zoning Appeals, as pertaining, in any way to nonconforming uses in the City of Crisfield.

## REQUEST FOR HEARINGS and DEPOSITIONS

I. Appellant/Owner formally requests that a recorded meeting, hearing or deposition with the City Inspector, be scheduled as soon as possible;

II. A formal and recorded Hearing be scheduled with the Board of Zoning Appeals after all of the above information and documents have been received by Appellant/Owner and his legal counsel;

*Robert A. Thornton Jr.*
Robert A. Thornton, Jr., Esquire
Attorney Code: 1429

By signing below, Applicant represents that it has properly presented this Notice of Appeal (Reconsideration) and files same with the requirement that the Defendant and the City, notify it and the attorney promptly of any deficiency in this filing, or any necessary filing, advertising, or other fees, which shall be promptly paid.

Witness the signatures below:

Rt 30 Auto and Truck Sales LLC

*Robert A. Thornton Jr.*
Robert A. Thornton, Jr., Esquire
Attorney for Owner/Appellant
118 Market Street
Denton, Maryland 21629
410-479-2570 Phone
410-479-2571 fax
thorntonjr0713@gmail.com
Cell: 410-829-2003
Attorney Code: 1429

By: *Timothy Dyson*
Timothy Dyson, Managing Member

-3-

# APPLICATION FOR BUILDING AND OCCUPANCY PERMITS

RT 30 AUTO AND TRUCK SALES, LLC
c/o Robert A. Thornton, Jr., Esquire
118 Market Street
Denton, Maryland 21629
OWNER/APPLICANT

As provided for in CHAPTER 45 of the Code for the City of Crisfield, APPLICANT hereby applies for a "Roof Replacement" permit pursuant to said Chapter and includes herewith the $25.00 building code fee provided in Section 45-1G(3), and further applies for any Occupancy or other permit, for the following single-family residential property:

REASON: Roof is leaking, causing deterioration of the structure

APPLICANT: Rt. 30 Auto & Truck Sales, LLC
Attn: Timothy Dyson
12441 Whitesville Road
Laurel, DE 19956

Assessment Information:

Property: District 07-134517
Legal Description: 0.26 AC-PLAT 338/379, N/SD Pines Motel R/W, Crisfield
Use: Residential
Map 072B, Grid 0015, Parcel 1260

By signing below, Applicant represents that it has properly presented this Request for a Roof Replacement permit and any other and further permits, such as an Occupancy Permit and are prepared to provide for any deficiency in this application or pay any advertising, or other fees, necessary.

Witnessth the signatures below:

*Robert A. Thornton Jr.*
Robert A. Thornton, Jr., Esquire
An Attorney for Owner/Applicant
118 Market Street
Denton, Maryland 21629
410-479-2570 Phone
410-479-2571 fax
thorntonjr0713@gmail.com
Cell: 410-829-2003

Rt 30 Auto and Truck Sales LLC

By: *Timothy Dyson*
Timothy Dyson, Managing Member