**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RT. 30 AUTO & TRUCK SALES, LLC** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No. 1:22-cv-01537-RDB** |
| v. | | |
| **CITY OF CRISFIELD,** *et al.* | * | |
| **Defendants**. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TABLE OF CONTENTS**

**STATEMENT OF ALLEGATIONS AND PERTINENT UNDISPUTED FACTS**

Page No.

I. The Property and Termination of Nonconforming Use  2

II Public Officials Dean Bozman, Joyce Morgan and Barry Dize  5

**ARGUMENT**

Page No.

I. Legal Standards

    A. Standard for Dismissal For Lack of Subject Matter Jurisdiction For Failure to Exhaust Administrative Remedies.  6

    B. Standard for Dismissal for Failure to State a Claim for which Relief Can be Granted  7

    C. Standard for Summary Judgment  8

II. Plaintiff Failed to Exhaust Its Administrative Remedies  8

III. Plaintiff's State Constitutional Claims Must be Dismissed for Failure to Exhaust Administrative Remedies  13

IV. Plaintiff's Federal Constitutional Claims Are Not Ripe for Review  17

V. Plaintiff's Non-Constitutional Claims Against the City of Crisfield Are Barred By Governmental Immunity  19

| VI | Defendants Owed No Duty that could be the Basis for Liability in this Case | 22 |
| VII. | Plaintiff's Non-Constitutional Claims Against the Individual Defendants are Barred by Public Official Immunity | 23 |
| | A. The Individual Defendants Are Public Officials | 24 |
| | B. The Individual Defendants Were Performing Discretionary Duties | 26 |
| | C. The Individual Defendants Acted Without Malice | 28 |
| VIII. | Plaintiff's Constitutional Claims Against the Individual Defendants Are Barred By Qualified Immunity | 28 |
| IX. | Count IV Must be Dismissed Because the Fifth Amendment Only Applies to The Federal Government | 31 |
| **CONCLUSION** | | 32 |

# INDEX OF EXHIBITS

**Exhibit 1**　　　　　　　　　　　　　　　　　　**Affidavit of Dean Bozman**

**Exhibit 2**　　　　　　　　　　　　　　　　　　**City Code**

**Exhibit 3**　　　　　　　　　　　　　　　　　　**D. Bozman Letter**

**Exhibit 4**　　　　　　　　　　　　　　　　　　**Emails regarding appeal hearing**

**Exhibit 5**　　　　　　　　　　　　　　　　　　**Affidavit of Joyce Morgan**

**Exhibit 6**　　　　　　　　　　　　　　　　　　**Affidavit of Barry Dize**

**Exhibit 7**　　　　　　　　　　　　　　　　　　**City Charter**