# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RT. 30 AUTO & TRUCK SALES, LLC | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-01537-RDB |
| CITY OF CRISFIELD, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan, request a hearing on their Motion to Dismiss or, Alternatively, for Summary Judgment.

/s/
Kimberly L. Limbrick, Bar# 23367
Emily Duvall Jolicoeur, Bar #30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLP
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 fax
kll@cls-law.com
edj@cls-law.com
*Attorneys for Defendants*