# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RT. 30 AUTO & TRUCK SALES, LLC** | * |
| **Plaintiff,** | * |
| **v.** | *    **Case No. 1:22-cv-01537-RDB** |
| **CITY OF CRISFIELD,** *et al.* | * |
| **Defendants**. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## O R D E R

UPON CONSIDERATION of Defendants, City of Crisfield, Dean Bozman, Barry Dize and Joyce Morgan's Motion to Dismiss or, Alternatively Motion for Summary Judgment, and any response thereto, it is, this _____ day of _____, 2022, hereby

ORDERED, that Defendants' Motion be, and hereby is Granted.

_____
JUDGE
United States District Court for the
District of Maryland