IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RT.30 AUTO & TRUCK SALES, LLC | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-01537 RDB |
| CITY OF CRISFIELD, *et al.* | * |
| Defendants. | * |

**JOINT MOTION TO STAY PROCEEDINGS TO ALLOW FOR PLAINTIFF AND THE CITY OF CRISFIELD TO CONDUCT AN APPEAL HEARING AND FOR AN ADDITIONAL ONE WEEK PERIOD BEYOND THE CONCLUSION OF THE STAY FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, the parties Rt. 30 Auto & Truck Sales, LLC ("Plaintiff") and the City of Crisfield, Dean Bozman, Barry Dize, and Joyce Morgan ("Defendants") by and through their undersigned counsel and hereby move this Court – upon good cause shown— for an Order Staying the proceedings through October 14, 2022 and providing Plaintiff through October 21, 2022 to oppose Defendants' Motion to Dismiss, in the Alternative Motion for Summary Judgment, and in support provide as follows:

**BASIS FOR MOTION**

1. Plaintiff's lawsuit against Defendants was removed to this Court on June 22, 2021. (ECF No. 1).

1

2. On July 29, 2022, Defendants filed a Motion to Dismiss the Complaint, or in the alternative, Motion for Summary Judgment (ECF No. 13).

3. Plaintiff's response to this motion is presently due September 2, 2022.

4. The City of Crisfield and Plaintiff have agreed to participate in an Appeal Hearing pertaining to Plaintiff's use of the Pines Motel, to be held on September 19, 2022.

5. Insofar as the result of the hearing may bear upon issues raised in this matter, the Parties agree that it is prudent to stay the matter.

6. In addition, it may be that certain issues may not warrant opposition depending on the result of the hearing, and, therefore, a stay would serve to lessen fees and costs incurred in this matter.

7. Plaintiff will need through October 21, 2022, to prepare the Opposition so as to allow time to receive the decision by the City of Crisfield and assess the effects of is decision on this Lawsuit.

8. No Party will be prejudiced by the relief sought herein.

WHEREFORE, the Parties respectfully request that this Court grant the relief sought in this motion.

**RESPECTFULLY SUBMITTED,**

/s/ Ruth Ann Azeredo
Ruth Ann Azeredo (MD 16175)
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
(410) 558-1915
(410) 558-1917 Fax
Email: ruthazeredo@comcast.net
***Attorney For Plaintiff***

/s/_____
Kimberly L. Limbrick, Bar # 23367
Emily Duvall Jolicoeur, Bar # 30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLPS
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 Fax
kll@cls-law.com
edj@cls-law.com
***Attorneys for Defendants***

August 23, 2022