**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **RT.30 AUTO & TRUCK SALES, LLC** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No. 1:22-cv-01537 RDB** |
| | * | |
| **CITY OF CRISFIELD,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## ORDER

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings to Allow for Plaintiff and the City of Crisfield to Conduct an Appeal Hearing and for an Additional One Week Period Beyond the Conclusion of the Stay for Plaintiff's Opposition to Defendants' Motion to Dismiss, in the Alternative, Motion for Summary Judgment, it is, this __23rd__ day of __August_____, 2022, hereby, GRANTED and it is ORDERED that:

The matter is Stayed through October 15, 2022 and Plaintiff's Opposition to Defendants' Motion to Dismiss, in the Alternative, Motion for Summary Judgment shall be due on or before October 21, 2022.

/s/ - Richard D. Bennett
_____
JUDGE
United States District Court for the District of Maryland