IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RT.30 AUTO & TRUCK SALES, LLC | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-01537 RDB |
| CITY OF CRISFIELD, *et al.* | * |
| Defendants. | * |

## SECOND JOINT MOTION TO STAY PROCEEDINGS TO ALLOW FOR PLAINTIFF AND THE CITY OF CRISFIELD TO CONDUCT AN APPEAL HEARING AND FOR AN ADDITIONAL PERIOD BEYOND THE HEARING FOR PLAINTIFF TO FILE AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the parties Rt. 30 Auto & Truck Sales, LLC ("Plaintiff") and the City of Crisfield, Dean Bozman, Barry Dize, and Joyce Morgan ("Defendants") by and through their undersigned counsel and hereby move this Court – upon good cause shown - for an Order Staying the proceedings for an additional period through January 16, 2023 and in support provide as follows:

### BASIS FOR MOTION

1. Plaintiff's lawsuit against Defendants was removed to this Court on June 22, 2021. (ECF No. 1).

2. On July 29, 2022, Defendants filed a Motion to Dismiss the Complaint, or in the alternative, Motion for Summary Judgment (ECF No. 13).

1

3. The parties sought, and were granted, a Stay of the proceedings and Plaintiff was granted an additional week beyond the ending of the Stay in which to oppose Defendants' pending Motion to Dismiss, in the Alternative, Motion for Summary Judgment, through to October 21, 2022. (ECF Nos.

4. Due to a procedural technicality pertaining to the Hearing Notice issued by the City of Crisfield, the hearing could not proceed and had to be rescheduled. The hearing has been rescheduled for November 29, 2022.

5. Insofar as the result of the hearing may bear upon issues raised in this matter, the Parties agree that it is prudent to extend the stay in this matter.

6. In addition, it may be that certain issues may not warrant opposition depending on the result of the hearing, and, therefore, a stay extending beyond the date of the hearing would serve to lessen fees and costs incurred in this matter.

7. In light of the new hearing date falling right after the Thanksgiving Holiday, Plaintiff's counsel having several deadlines in December 2022, and the expected added complications due to the holiday season, the Parties are asking for a stay that extends to January 16, 2023. Plaintiff's Opposition would be due by January 16, 2023. Plaintiff will need through that date to allow time to receive the decision by the City of Crisfield and assess the effects of its decision on this Lawsuit.

8. No Party will be prejudiced by the relief sought herein.

WHEREFORE, the Parties respectfully request that this Court grant the relief sought in this motion.

**RESPECTFULLY SUBMITTED,**

/s/ Ruth Ann Azeredo
Ruth Ann Azeredo (MD 16175)

<pre>
                              Law Office of Ruth Ann Azeredo, LLC
                              1997 Annapolis Exchange Parkway
                              Suite 300
                              Annapolis, Maryland 21401
                              (410) 558-1915
                              (410) 558-1917 Fax
                              Email: ruthazeredo@comcast.net
                              *Attorney For Plaintiff*


                              /s/_____
                              Kimberly L. Limbrick, Bar # 23367
                              Emily Duvall Jolicoeur, Bar # 30024
                              CROSSWHITE, LIMBRICK & SINCLAIR, LLPS
                              25 Hooks Lane, Suite 314
                              Baltimore, Maryland 21208
                              410-653-6890
                              410-653-6896 Fax
                              kll@cls-law.com
                              edj@cls-law.com
                              *Attorneys for Defendants*

August 29, 2022
</pre>