IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RT.30 AUTO & TRUCK SALES, LLC | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:22-cv-01537 RDB |
| | * | |
| CITY OF CRISFIELD, *et al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion For an Extension of Time to Respond to Defendants' Motion to Dismiss, in the alternative, Motion for Summary Judgment, it is, this  13th  day of  January , 2023, hereby, GRANTED and it is ORDERED that:

Plaintiff's deadline why which to respond to Defendants' pending motions is Extended through February 10, 2023, at which time, Plaintiff's response to Defendants' Motion to Dismiss, in the Alternative, Motion for Summary Judgment shall be due.

/s/ - Richard D. Bennett
_____
JUDGE
United States District Court for the District
of Maryland