IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RT.30 AUTO & TRUCK SALES, LLC | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-01537 RDB |
| CITY OF CRISFIELD, *et al.* | * |
| Defendants. | * |

## THE PARTIES' THIRD JOINT MOTION FOR A STAY IN THE PROCEEDINGS IN THIS MATTER

**COMES NOW**, Rt. 30 Auto & Truck Sales, LLC ("Plaintiff") and the City of Crisfield, Dean Bozman, Barry Dize, and Joyce Morgan ("Defendants") (collectively "the Parties"), by and through their undersigned counsel and hereby move this Court – upon good cause shown - for an Order staying the instant action until such time as the Maryland courts have resolved the zoning issue, and in support provides as follows:

### BASIS FOR MOTION

1. Plaintiff's lawsuit against Defendants was removed to this Court on June 22, 2021. (ECF No. 1).

2. On July 29, 2022, Defendants filed a Motion to Dismiss the Complaint, or in the alternative, Motion for Summary Judgment (ECF No. 13).

3. The parties sought, and were granted, a Stay of the proceedings and Plaintiff was granted an additional week beyond the ending of the Stay in which to oppose Defendants'

pending Motion to Dismiss, in the Alternative, Motion for Summary Judgment, through to October 21, 2022. (ECF Nos. 16 and 17).

4. Due to a procedural technicality pertaining to the Hearing Notice issued by the City of Crisfield, the hearing could not proceed and had to be rescheduled. The hearing was rescheduled for November 29, 2022.

5. The Parties sought and were granted a Second Stay of the proceedings to allow for the Hearing to take place and to allow Plaintiff time beyond the Hearing, through January 16, 2023, to assess whether to proceed with the instant action and/or to respond to the pending motions. (ECF Nos. 18 & 19).

6. The hearing was held on November 29, 2022 but the final decision by the City of Crisfield was not issued until December 22, 2022.

7. Plaintiff's direct appeal from the City of Crisfield's final decision is to the Circuit Court for Somerset County, Maryland. Plaintiff has noted its appeal in that court.

8. This lawsuit implicates claims that rely, in part, on a zoning dispute between Plaintiff and Defendants.

9. Insofar as the appeal to the Circuit Court for Somerset County will review the City of Crisfield's decision about the zoning dispute Plaintiff has with the City of Crisfield, it bears upon the claims in the instant action.

10. For that reason, the Parties believe it to be prudent and necessary to allow the appeal process to be finalized in the state courts of Maryland before proceeding with the instant action.

11. This approach is in keeping with the underpinnings in this Court's decision in *Little v. Mayor of Ocean City*, 2019 U.S. Dist. LEXIS 165014.

12. Due to the fact that this Court has subject matter jurisdiction over this matter based on both a federal question and diversity, all claims should be stayed, as opposed to being dismissed without prejudice.

13. The Parties, therefore, request a Stay in this matter until such time as the appeal process has been finalized.

14. No Party will be prejudiced by the relief sought herein.

WHEREFORE, the Parties respectfully request that this Court grant the relief sought in this motion.

**RESPECTFULLY SUBMITTED,**

/s/ Ruth Ann Azeredo
Ruth Ann Azeredo (MD 16175)
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
(410) 558-1915
(410) 558-1917 Fax
Email: ruthazeredo@comcast.net
*Attorney For Plaintiff*


/s/_____
Kimberly L. Limbrick, Bar # 23367
Emily Duvall Jolicoeur, Bar # 30024
CROSSWHITE, LIMBRICK & SINCLAIR, LLPS
25 Hooks Lane, Suite 314
Baltimore, Maryland 21208
410-653-6890
410-653-6896 Fax
kll@cls-law.com
edj@cls-law.com
*Attorneys for Defendants*

February 6, 2023

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February, 2023, a copy of the foregoing Joint Motion to Stay the Proceedings was filed electronically on the Court's ECF system. Parties may access this filing though the ECF system.

/s/
_____
Ruth Ann Azeredo