IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **RT.30 AUTO & TRUCK SALES, LLC** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:22-cv-01537 RDB |
| **CITY OF CRISFIELD**, *et al.* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Parties' Third Joint Motion to Stay the Proceedings, it is, this ___6th___ day of ___February___, 2023, hereby, GRANTED and it is ORDERED that:

The instant action shall be stayed until such time as Plaintiff has finalized his appeal process with the Circuit Court of Somerset County, Maryland, and any other state court appeal processes, at which time, the Parties shall update this Court within fourteen days of the final outcome and inform this Court whether they wish to proceed with the instant action.

/s/ - Richard D. Bennett
_____
JUDGE
United States District Court for the District of Maryland