IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **RT.30 AUTO & TRUCK SALES, LLC** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | Case No. 1:22-cv-01537 RDB |
| * | |
| **CITY OF CRISFIELD,** *et al.* * | |
| * | |
| **Defendants.** * | |
| * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE PARTIES' JOINT UPDATE REGARDING THE STAY

Plaintiff, Rt. 30 Auto & Truck Sales, LLC, and Defendants, the City of Crisfield, Maryland, Dean Bozman, Barry Dize and Joyce Morgan, (together "the Parties"), by and through their undersigned counsel, and per this Honorable Court's request, hereby submit the following update concerning the status of the related state matter:

1. Plaintiff's lawsuit against Defendants was removed to this Court on June 22, 2021. (ECF No. 1).

2. On July 29, 2022, Defendants filed a Motion to Dismiss the Complaint, or in the alternative, Motion for Summary Judgment (ECF No. 13).

3. The parties sought, and were granted, a Stay of the proceedings and Plaintiff was granted an additional week beyond the ending of the Stay in which to oppose Defendants' pending Motion to Dismiss, in the Alternative, Motion for Summary Judgment, through to October 21, 2022. (ECF Nos. 16 and 17).

4.       The Parties sought and were granted a Second Stay of the proceedings to allow for the Hearing to take place and to allow Plaintiff time beyond the Hearing, through January 16, 2023, to assess whether to proceed with the instant action and/or to respond to the pending motions. (ECF Nos. 18 & 19).

6.       The Parties sought and were granted a Third Stay of the proceedings to allow the zoning issue to be appealed through the Maryland State Courts. (ECF No. 23).

7.       The zoning issue pending before the Appellate Court of Maryland was decided and the court issued its opinion on November 22, 2024, reversing the judgment of the Circuit Court of Somerset County holding that the Board and the circuit court erred in the interpretation of law as set forth in the Zoning ordinance and directing the circuit court to "vacate the decision of the Board of Appeals and to remand the case to the Board for further proceedings."

8.       The Appellate Court of Maryland's decision will extend the time to decide the matter and, therefore, to avoid further delay and litigation, the parties are in the process of attempting to resolve both the instant matter and the state court matter.

9       The parties, therefore, request that the stay in this case remain in effect through November 14, 2025, which should allow the parties sufficient time to attempt and finalize a resolution.

**RESPECTFULLY SUBMITTED,**

/s/ *Ruth Ann Azeredo*
Ruth Ann Azeredo, #16175
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway, Ste 300
Annapolis, Maryland 21401
(410) 558-1915
ruthazeredo@comcast.net
***Attorney For Plaintiff***

                                                  */s/ Zachary D. Schlein*
                                                  Zachary D. Schlein (14085)
                                                  **Semmes, Bowen & Semmes**
                                                  250 W. Pratt Street, Suite 1900
                                                  Baltimore, Maryland 21201
                                                  PH:    (410) 539-5040
                                                  FX:    (410) 539-5223
                                                  *zschlein@semmes.com*
                                                  ***Attorneys for Defendants***