**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **RT.30 AUTO & TRUCK SALES, LLC** | * |
| **Plaintiff,** | * |
| v. | * Case No. 1:22-cv-01537 RDB |
| **CITY OF CRISFIELD,** *et al.* | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT AND REQUEST FOR CONTINUATION OF STAY**

Plaintiff, Rt. 30 Auto & Truck Sales, LLC, and Defendants, the City of Crisfield, Maryland, Dean Bozman, Barry Dize and Joyce Morgan, (together "the Parties"), by and through their undersigned counsel, hereby submit the following joint status report and request for continuation of the stay of the instant lawsuit:

1. The Parties recently reached a settlement in principle of all claims at issue in the instant case, and are working to finalize the language of a formal written agreement.

2. The Parties, therefore, request that the stay in this case remain in effect through February 9, 2026, which should allow the parties sufficient time to attempt and to finalize the resolution of this case.

**RESPECTFULLY SUBMITTED,**

/s/ *Ruth Ann Azeredo*
Ruth Ann Azeredo, #16175
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway, Ste 300
Annapolis, Maryland 21401
(410) 558-1915
ruthazeredo@comcast.net
***Attorney For Plaintiff***

*/s/ Zachary D. Schlein*
Zachary D. Schlein (14085)
**Semmes, Bowen & Semmes**
250 W. Pratt Street, Suite 1900
Baltimore, Maryland 21201
PH: (410) 539-5040
FX: (410) 539-5223
zschlein@semmes.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2025 a copy of this Joint Status Report and Request for Continuation of Stay was electronically served on all parties of record.

*/s/ Zachary D. Schlein*
Zachary D. Schlein (14085)

Status to Court 12.8.25 4904-0203-6608 v.1.docx