IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **RT.30 AUTO & TRUCK SALES, LLC** | * |
| **Plaintiff,** | * |
| v. | * Case No. 1:22-cv-01537 RDB |
| **CITY OF CRISFIELD,** *et al.* | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Plaintiff, Rt. 30 Auto & Truck Sales, LLC, and Defendants, the City of Crisfield, Maryland, Dean Bozman, Barry Dize and Joyce Morgan's Joint Request for Continuation of Stay, it is this __9th__ day of __December__, 2025, hereby:

**ORDERED,** that the Parties' Joint Request for Continuation of Stay is hereby **GRANTED,** and it is further

**ORDERED,** that the currently ordered stay in this case remain in effect through February 9, 2026.

                                                         /s/ - Richard D. Bennett
                                           Judge, District Court for Baltimore City

**Copies to:**


Ruth Ann Azeredo, #16175
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway, Ste 300
Annapolis, Maryland 21401
(410) 558-1915
ruthazeredo@comcast.net
*Attorney For Plaintiff*


Zachary D. Schlein  (14085)
**Semmes, Bowen & Semmes**
250 W. Pratt Street, Suite 1900
Baltimore, Maryland 21201
PH:     (410) 539-5040
FX:     (410) 539-5223
*zschlein@semmes.com*
*Attorneys for Defendants*